# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ICE TRAINING CENTER,<br>                 Plaintiff,<br><br>v.<br><br>FOREST RIVER INC. AND<br>MOTORHOMES 2 GO BY<br>TERRYTOWN,<br>                 Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-4819 |

## O R D E R

**AND NOW**, this 18th day of December, 2018, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 5), and Plaintiff's Response thereto (ECF No. 7), **IT IS ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that this action shall be **TRANSFERRED** in its entirety to the United States District Court for the Western District of Michigan.

The Clerk of Court is directed to **TRANSFER** the matter accordingly.

                                                        **BY THE COURT:**

                                                        /s/Wendy Beetlestone, J.

                                                        _____

                                                        **WENDY BEETLESTONE, J.**